| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kahn, Benjamin A. | 2. Court or Organization United States Bankruptcy Court (MDNC) | 3. Date of Report 05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

7. Chambers or Office Address

United States Bankruptcy Court
101 South Edgeworth Street
Greensboro, North Carolina 27401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 07/31/2017 | Mathew Bender - Author fee Collier on Bankruptcy | $900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Wells Fargo - salary |
| 2. 2017 | SunTrust - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Middle District Bankruptcy Seminar, Inc. | April 20-22, 2017 | Aberdeen, NC | Bankruptcy Seminar | Hotel, mileage, meals |
| 2. | American Bankruptcy Institute | July 27-30, 2017 | Hilton Head, SC | Bankruptcy Seminar | Hotel, travel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account | A | Interest | J | T | | | | | |
| 2. Collegebound Fd 529 Agressive Growth 1996-1998 Alt R | A | Int./Div. | L | T | | | | | |
| 3. Collegebound Fd 529 Aggressive Growth 1999-2001 Alt R | A | Int./Div. | L | T | | | | | |
| 4. Wells Fargo Investment Account #5(H) | | | | | | | | | |
| 5. -CD-12 month Deposit | A | Interest | J | T | | | | | |
| 6. -S&P Midcap Index Fund | A | Dividend | J | T | | | | | |
| 7. -Russell Smallcap Index Fund | A | Dividend | J | T | | | | | |
| 8. -Nasdaq 100 Index Fund | A | Dividend | J | T | | | | | |
| 9. -S&P 500 Index Fund | B | Dividend | J | T | | | | | |
| 10. -Wells Fargo International Equity Fund | A | Dividend | J | T | | | | | |
| 11. SunTrust Cash Accounts | B | Interest | K | T | | | | | |
| 12. SunTrust Investment Account #1(H) | | | | | | | | | |
| 13. -SPY ETF | D | Dividend | N | T | | | | | |
| 14. SunTrust Investment Account #2(H) | | | | | | | | | |
| 15. -SunTrust Fiduciary Master Deposit Account | A | Dividend | J | T | | | | | |
| 16. -Driehaus Active Income Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 17. -Fidelity Advisors Emerging Markets Income Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Nuveen Limited Term Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 19. -Virtus Seix FLT RT High Inc Fd fka Ridgeworth Seix Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 07/05/17 | J | | |
| 20. -Vanguard High Yield Corp Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 21. -Vanguard Intermediate Term Bond Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 22. -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 23. -Federated Strategic Value Fund | A | Dividend | J | T | | | | | |
| 24. -Harbor Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 25. -Harbor International Fund | A | Dividend | J | T | | | | | |
| 26. -iShares Core S&P Small Cap ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 27. -iShares Russell Midcap ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 28. -Morgan Stanley Frontier Emerging Fund | A | Dividend | J | T | | | | | |
| 29. -SPDR S&P 500 ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 30. -Vanguard FTSE Emerging Fund | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 31. -ASG Global Alternatives Fund | A | Dividend | J | T | | | | | |
| 32. DFA S-T EXT Quality Fd. | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 33. SunTrust Investment Account #3(H) | | | | | | | | | |
| 34. -Federated Government Obligations Trust | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 36. SunTrust Investment Account #4(H) | | | | | | | | | |
| 37. -Federated Government Obligations Trust | A | Dividend | J | T | | | | | |
| 38. -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 39. SunTrust IRA Rollover #3(H) | | | | | | | | | |
| 40. -Federated Money Market Treasury Fund | A | Dividend | | | Sold (part) | 02/27/17 | L | A | |
| 41. | | | | | Sold | 03/01/17 | M | A | |
| 42. -SunTrust Fiduciary Master Deposit Account | A | Dividend | L | T | | | | | |
| 43. -AAPL Common | A | Dividend | K | T | | | | | |
| 44. -I-shares Core S&P Small Cap ETF | A | Dividend | L | T | Buy (add'l) | 02/24/17 | L | | |
| 45. -I-shares DJ Select Div ETF | B | Dividend | K | T | Buy (add'l) | 02/24/17 | K | | |
| 46. -I-shares MSCI EAFE ETF | A | Dividend | K | T | Buy (add'l) | 02/24/17 | K | | |
| 47. -I-shares Russell Midcap ETF | B | Dividend | L | T | Buy (add'l) | 02/24/17 | L | | |
| 48. -SPDR S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 02/24/17 | L | | |
| 49. -Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 02/24/17 | K | | |
| 50. -Virtus Seix FLT RT High Inc Fd. | A | Dividend | L | T | Buy | 02/24/17 | L | | |
| 51. | | | | | Buy (add'l) | 07/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. SunTrust IRA Rollover #4(H) | | | | | | | | | |
| 53. -SunTrust Fiduciary Master Deposit Account | A | Dividend | J | T | | | | | |
| 54. -I-shares Core S&P Small Cap ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 55. -I-shares DJ Select Div ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 56. -I-shares MSCI EAFE ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 57. -I-shares Russell Midcap ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 58. -SPDR S&P 500 ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 59. -Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 60. -Virtus Seix FLT RT High Inc Fd | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 61. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 62. SunTrust IRA Rollover #1(H) | | | | | | | | | |
| 63. -SunTrust Fiduciary Master Deposit Account | A | Dividend | K | T | | | | | |
| 64. -Fidelity Advisor Emerging Markets Income Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 65. -Virtus Seix FLT RT High Inc Fd fka Ridgeworth Seix Floating Rate Fund | A | Dividend | K | T | Buy (add'l) | 07/05/17 | K | | |
| 66. -T-Rowe Price ST Bond Fund | A | Dividend | J | T | | | | | |
| 67. -Vanguard High-Yield Corp Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 68. -Vanguard Intermediate Term Bond Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Dodge & Cox Int'l Stock Fund | A | Dividend | K | T | | | | | |
| 70. -Federated Strategic Val DivFund | A | Dividend | K | T | | | | | |
| 71. -Harbor Capital Appreciation Fund | A | Dividend | L | T | | | | | |
| 72. -Harbor International Fund | A | Dividend | K | T | | | | | |
| 73. -I-shares Core S&P Small Cap ETF | A | Dividend | L | T | Buy (add'l) | 02/24/17 | K | | |
| 74. -I-shares Russell Midcap ETF | A | Dividend | L | T | Buy (add'l) | 02/24/17 | K | | |
| 75. -Morgan Stanley Frontier Emerging Fund | A | Dividend | K | T | | | | | |
| 76. -Oppenheimer Dev. Markets Fund | A | Dividend | K | T | | | | | |
| 77. -SPDR S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 02/24/17 | J | | |
| 78. -ASG Global Alternatives Fund | A | Dividend | K | T | | | | | |
| 79. -Boston Partners Long/Short Fund | A | Dividend | K | T | | | | | |
| 80. SunTrust IRA Rollover #2(H) | | | | | | | | | |
| 81. -SunTrust Fiduciary Master Deposit Account | A | Dividend | K | T | | | | | |
| 82. -Fidelity Advisor Emerging Markets Income Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 83. -Virtus Seix FLT RT High Inc Fd fka Ridgeworth Seix Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 07/05/17 | J | | |
| 84. -T-Rowe Price ST Bond Fund | A | Dividend | J | T | | | | | |
| 85. -Vanguard High Yield Corp Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Intermediate Term Corp Fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 87. -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 88. -Federated Strategic Val. Div. Fund | A | Dividend | J | T | | | | | |
| 89. -Harbor Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 90. -Harbor International Fund | A | Dividend | J | T | | | | | |
| 91. -I-shares Core S&P Small Cap ETF | A | Dividend | K | T | Buy (add'l) | 02/24/17 | J | | |
| 92. -I-shares Russell Midcap ETF | A | Dividend | K | T | Buy (add'l) | 02/24/17 | J | | |
| 93. -Morgan Stanley Frontier Emerging Fund | A | Dividend | J | T | | | | | |
| 94. -Oppenheimer Dev. Markets Fund | A | Dividend | J | T | | | | | |
| 95. -SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 96. -ASG Global Alternatives Fund | A | Dividend | J | T | | | | | |
| 97. -Boston Partners Long/Short Fund | A | Dividend | J | T | | | | | |
| 98. -Vanguard FTSE Em Mkt ETF | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 99. SunTrust 401-K (H) | | | | | | | | | |
| 100. -Vanguard Insitutional Index Fund | A | Dividend | K | T | | | | | |
| 101. -Vanguard Russell Extended Market Index | A | Dividend | J | T | | | | | |
| 102. -Vanguard Total International Stock Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Vanguard Treasury Money Market | A | Dividend | J | T | | | | | |
| 104.  -Vanguard Short Term Bond Index | A | Dividend | J | T | | | | | |
| 105.  Optum HSA Account | A | Interest | J | T | | | | | |
| 106.  SunTrust Investment Acct. #5 | A | Interest | L | T | Open | 03/01/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets listed in Part VII on lines 115-144, 148, 163-204 were assets that were held in accounts that were closed in 2016. The assets in their entirety were transferred to new accounts during 2016.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kahn, Benjamin A. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Benjamin A. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544